UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

LOUIS CEVASCO, et al.,                               :

                                                     :     **ORDER**
                         Plaintiffs,                       04 Civ. 5760 (PAC) (GWG)
                                                     :
        -v.-
                                                     :

NATIONAL RAILROAD PASSENGER CORP.
et al.,                                              :

                         Defendants.                 :
-------------------------------------------------------------X

This Order also applies to the following cases:
05 Civ. 7419
06 Civ. 6195
06 Civ. 6196
06 Civ. 6956

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

        The Court is in receipt of a request for an extension of the deadline to conduct expert
depositions. Certainly, an extension is in order inasmuch as neither side's experts have
apparently been deposed. But defendants offer no explanation as to why almost 9 weeks is
needed for this task. All the Court has been told is that there are twelve experts to be deposed.

        An extension to March 27, 2009 is granted. The deadline for letters seeking permission
to make motions for summary judgment is extended to April 3, 2009.[1]

        SO ORDERED.

Dated: February 9, 2009
       New York, New York

                                        GABRIEL W. GORENSTEIN
                                        United States Magistrate Judge

--------

  [1] The Court will not consider any contested request for extension in the future unless the
request is accompanied by an affidavit that explains in detail all efforts that were made
(beginning February 9, 2009 and continuing to the date of the application) to comply with the
March 27, 2009 deadline.